AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District Of Texas
FILED

SEP 27 2019

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

United States of America
v.

Jose Elias Pedraza (YOB: 1990)

Defendant(s)

Case No. M-19-2316-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __9/26/2019__ in the county of __Hidalgo County__ in the __SOUTHERN__ District of __TEXAS__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1), 21 USC 841(b)(1)(a) | Knowingly and intentionally possess with intent to distribute more than five (5) kilograms of Cocaine, a Schedule II controlled substance and more than 500 grams of methamphetamine a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See Attachment A.

☑ Continued on the attached sheet.

approved by AUSA

Sworn to before me and signed in my presence.

Date: __9/27/2019__

City and state: __McAllen, Texas__

_Complainant's signature_
Ivanna Cali, DEA SA
_Printed name and title_

_Judge's signature_
J. Scott Hacker, US Magistrate Judge
_Printed name and title_

## ATTACHMENT "A"

The information contained in this affidavit is information based on the personal knowledge of the Affiant and other law enforcement officials assigned to this investigation.

On September 26, 2019, DEA Special Agents established surveillance at a suspected stash house utilized for narcotics, in McAllen, Texas, utilized by Jose Elias PEDRAZA.

At approximately 5:59 PM Agents followed PEDRAZA as he departed from the suspected stash house in a green truck. At approximately 6:12PM, a Hidalgo County K-9 Deputy conducted an independent probable cause traffic stop on PEDRAZA for a traffic violation. During the deputies roadside interview, consent to search the vehicle was denied. The Hidalgo County Deputy deployed his K-9 partner, "Asha" who positively alerted to the presence of narcotics in the truck. A search of the vehicle resulted in the finding of one (1) brick wrapped (1.20 kgs.) in black tape containing a white powdery substance suspected to be cocaine, located underneath the driver's seat. Under rights advisement and waiver

At approximately 6:38PM DEA Agents approached PEDRAZA and read him his Miranda Warnings in his preferred language of English. Under rights and advisement, PEDRAZA waived his rights, admitted the brick was cocaine, and stated, he was in route to deliver the kilogram of cocaine. PEDRAZA admitted to agents that there were more narcotics stored in his residence.

At approximately 7:19PM DEA Agents received written consent from PEDRAZA to search his residence, located in McAllen, Texas. A search of the residence revealed three (3) cylinder bundles of suspected methamphetamines, weighing approximately 3.40 kgs, in the dryer of the residence. Agents also found five (5) bricks of suspected cocaine, weighing approximately 5.0 kgs, in a bedroom closet of the residence. Agents also retrieved approximately 9.65 kgs of narcotics found

inside the wall of the residence, under rights and advisement PEDRAZA admitted that the narcotics found in the wall were both cocaine and methamphetamine.